THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State,       
 Respondent,
 
 
 

v.

 
 
 
Heath Stokes,       
Appellant.
 
 
 

Appeal From Aiken County
John W. Kittredge, Circuit Court Judge

Unpublished Opinion No. 2004-UP-231
Submitted January 29, 2004  Filed March 
 31, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster; Chief Deputy Attorney 
 General John W. McIntosh; Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Barbara Morgan, of Aiken; for Respondent.
 
 
 

 PER CURIAM:  Heath Stokes pled 
 guilty to violating the Habitual Traffic Offender Act and to driving under the 
 influence, sixth offense (DUI).  He was sentenced to five years imprisonment, 
 suspended on the service of four years imprisonment and fours years probation, 
 for violating the Habitual Traffic Offender Act, and five years imprisonment, 
 suspended on the service of one year imprisonment and the balance suspended 
 during probation, for DUI, with the sentences to run consecutively.  Pursuant 
 to Anders v. California, 386 U.S. 738 (1967), Stokes counsel attached 
 a petition to be relieved.  Stokes did not file a pro se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Stokes appeal and grant counsels petition 
 to be relieved.
 APPEAL DISMISSED. 
 [1] 
GOOLSBY, STILWELL, and HOWARD, JJ., concurring.

 
 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.